Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-1713 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Saundra Taylor,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **SAUNDRA TAYLOR,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: ___Oct. 5___, 2009   By: _/s/ [signature]_

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

```
                    THRASH LAW FIRM
                    1101 Garland Street
                    Little Rock, AR 72201
                    Telephone: (501) 374-1058
                    Facsimile: (501) 374-5222

                    ODOM & ELLIOTT (dissolved in 2006)
                    P.O. Drawer 1868
                    Fayetteville, AR 72701
                    Telephone: (479) 442-7575
                    Facsimile: (479) 442-9008

                    ELLIOTT & SMITH P.A.
                    1200 East Joyce Blvd. Suite 401
                    Fayetteville, AR 72701
                    Telephone: (479 587-8423
                    Facsimile: (479) 575-0039
                    Attorneys for Plaintiffs
```

DATED: Oct. 5 , 2009    By:_____

```
                    DLA PIPER LLP (US)
                    1251 Avenue of the Americas
                    New York, NY 10020
                    Telephone:  (212) 335-4500
                    Facsimile:  (212) 335-4501
                    Defendants' Liaison Counsel
```

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/9/09

Hon. Charles R. Breyer
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**